UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| RONALD HAVARD | * | CIVIL ACTION NO. |
|---|---|---|
| | * | |
| - VERSUS - | * | JUDGE |
| | * | |
| OFFSHORE SPECIALITY FABRICATORS, LLC | * | MAGISTRATE |
| | * | |
| | * | JURY DEMAND |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel comes Complainant, **RONALD HAVARD**, who files his Complaint against **OFFSHORE SPECIALTY FABRICATORS, LLC** for personal injury damages and, in support thereof would show unto the Court the following:

### JURISDICTION

**I.**

Jurisdiction of this Honorable Court is based on the Jones Act, (46 U.S.C. § 30104, *et. seq.*), and under the General Maritime Law for general maritime negligence and unseaworthiness and for maintenance and cure.

### PARTIES

**II.**

Parties named herein are as follows:

A.  Named Complainant herein is:

   1.  **RONALD HAVARD**;

B.   Named Respondent herein is:

1.   **OFFSHORE SPECIALTY FABRICATORS, LLC**, is a Louisiana company that may be served through its registered agent, Harlan F. Belanger, 115 Menard Road, Houma, Louisiana 70363.

### III.

A jury trial is requested in this matter.

### FACTS

### IV.

On or about January 24, 2014, and at all times pertinent herein, Complainant, **RONALD HAVARD**, was employed by Respondent, **OFFSHORE SPECIALTY FABRICATORS, LLC**, as a seaman and member of the crew of the **BETTY "R" GAMBERLINA**, a vessel owned, manned, operated, provisioned and controlled by **OFFSHORE SPECIALTY FABRICATORS, LLC**

### V.

In connection with his assignment aboard the **BETTY "R" GAMBERLINA**, **RONALD HAVARD** was injured when a tow cable broke causing him to fall and injure his back and other parts of his body.

### VI.

On or about January 24, 2014 as **RONALD HAVARD** was connecting a wire to the fan tow, which ultimately gave way causing him to fall and suffer injuries including permanent damage and disability.

## VII.

At all times during the incident in question Mr. Havard was following the instructions of his supervisors also employed by **OFFSHORE SPECIALTY FABRICATORS, LLC**

## VIII.

As a result of the above described incident, **RONALD HAVARD** suffered severe and disabling injuries, including but not limited to, trauma and damage to his back and spine as well as psychological damages, severe emotional trauma, loss of future life pleasures, disfigurement and permanent impairment.

## IX.

At all times pertinent herein all work being performed aboard the vessel **BETTY "R" GAMBERLINA** including specifically the work performed by **RONALD HAVARD** and his co-workers was under the direct supervision and control of **OFFSHORE SPECIALTY FABRICATORS, LLC**

## CAUSES OF ACTION

## JONES ACT

## X.

Complainant's damages were the proximate and direct result of the negligent acts of the Respondent, **OFFSHORE SPECIALTY FABRICATORS, LLC,** in its planning and performance of the task at hand and in the operation and maintenance of the vessel, Complainant's working conditions and in the supervision of and planning of the crew duties; additionally and more specifically, **OFFSHORE SPECIALTY FABRICATORS, LLC** was negligent in failing to:

1. Properly equip, man, provision, maintain and operate the vessel under its control including the vessel's appurtenances and equipment;

2. Properly and reasonably select and implement an overall plan to complete the tasks at hand in a safe and non-hazardous manner;

3. Provide Complainant with a safe and non-hazardous workplace;

4. Provide safe and sufficient tools and manpower to complete the tasks at hand;

5. Properly instruct and outfit Complainant;

6. Provide proper safety equipment;

7. Provide training and instruction to Complainant's fellow crew members; and

8. Provide proper maintenance, warnings and instructions regarding deck and stair conditions on the vessel.

## XI.

As a direct result of the negligence aforementioned in Paragraph X, Complainant, **RONALD HAVARD,** has in addition to the aforementioned damages, sustained a disability, incurred and will continue to incur in the future, pain and suffering, loss of wages, found, fringe benefits, earning capacity and has incurred and will incur in the future, medical expenses and other financial losses, for which he is entitled to recover from **OFFSHORE SPECIALTY FABRICATORS, LLC**

**GENERAL MARITIME LAW**

**UNSEAWORTHINESS and NEGLIGENCE**

## XII.

At all times pertinent hereto, defendant, **OFFSHORE SPECIALTY FABRICATORS, LLC**, owned, controlled, operated, provisioned and manned the **BETTY "R" GAMBERLINA** upon which **RONALD HAVARD** was assigned.

## XIII.

Under the General Maritime Law, it was the duty of defendant, **OFFSHORE SPECIALTY FABRICATORS, LLC,** to furnish Complainant, **RONALD HAVARD**, with a safe place in which to work and with safe gear, appurtenances, equipment, a properly manned vessel, competent supervisors and co-workers, and to conduct operations aboard the vessel in a safe and proper manner; in connection with Complainant's injuries and disability, **OFFSHORE SPECIALTY FABRICATORS, LLC**, was negligent in the operation, manning and provisioning of the **BETTY "R" GAMBERLINA** and its operations on or about January 24, 2014.

## XIV.

Complainant avers that through the actions and/or inactions of **OFFSHORE SPECIALTY FABRICATORS, LLC** that the **BETTY "R" GAMBERLINA** on which Complainant was assigned was unseaworthy on or about January 24, 2014.

## XV.

The injuries, disabilities and damages sustained by Complainant in the aforementioned Paragraphs of this Complaint were caused by the unseaworthy condition of the **BETTY "R" GAMBERLINA** which Complainant was assigned during his employment for **OFFSHORE SPECIALTY FABRICATORS, LLC** and by the negligence of **OFFSHORE SPECIALTY**

**FABRICATORS, LLC** as set forth herein and in the manning, provision, control, equipping and operation of said vessel and operations on or about January 24, 2014.

## MAINTENANCE AND CURE

### XVI.

As an employee and seaman of **OFFSHORE SPECIALTY FABRICATORS, LLC**, Complainant, **RONALD HAVARD**, is entitled under the General Maritime Law to the payment of maintenance and cure until his reaching of maximum medical cure. As of the drafting of this Complaint, **OFFSHORE SPECIALTY FABRICATORS, LLC** has failed to pay sufficient maintenance and cure, for which now **RONALD HAVARD** makes judicial demand, in addition to attorney's fees, costs and damages.

## DAMAGES

### XVII.

The injuries sustained by Complainant have resulted in a loss of earning capacity, physical pain and mental anguish, medical expenses, impairment, disfigurement, maintenance and cure, exemplary damages, attorneys' fees, and other damages, both past and future, all of which will be shown at the trial of this matter.

## JURY TRIAL

### XVIII.

Complainant, **RONALD HAVARD**, desires and is entitled to a trial by jury on the issues sued upon herein.

WHEREFORE,

1. Complainant, **RONALD HAVARD** prays for judgment against Respondent, **OFFSHORE SPECIALTY FABRICATORS, LLC,** in an amount as may be proper in the premises, and for all costs and disbursements in this action, and for all general and equitable relief;

2. Complainant, **RONALD HAVARD**, also prays for judgment against **OFFSHORE SPECIALTY FABRICATORS, LLC** to provide appropriate medical care and rehabilitation due Complainant and for all maintenance and cure benefits due Complainant under the law, in addition to attorney's fees, damages and costs for instituting this cause of action.

3. Complainant, **RONALD HAVARD**, further prays for a trial by jury.

Respectfully submitted,

**DELISE & HALL**

  s/Bobby J. Delise
**BOBBY J. DELISE (#4847)**
bdelise@dahlaw.com
**ALTON J. HALL, JR. (#20846)**
ahall@dahlaw.com
7924 Maple Street
New Orleans, LA 70118
Telephone: (504) 836-8000
Facsimile: (504) 836-8020

-AND-

ARNOLD & ITKIN LLP

**M. PAUL SKRABANEK**
Texas State Bar No. 24063005
Louisiana Bar Roll No. 34980
pskrabanek@arnolditkin.com
**J. KYLE FINDLEY**
Texas State Bar No. 24076382
Louisiana Bar Roll No. 34922
kfindley@arnolditkin.com
6009 Memorial Drive
Houston, TX 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**Counsel for Complainant,
RONALD HAVARD**

**WAIVE SERVICE AT THIS TIME FOR:**

**OFFSHORE SPECIALTY FABRICATORS, LLC**