UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RONALD HAVARD** | * | **CIVIL ACTION NO. 2:14-cv-00824** |
| | * | |
| **- VERSUS -** | * | **JUDGE FELDMAN** |
| | * | |
| **OFFSHORE SPECIALITY FABRICATORS, LLC** | * | **MAGISTRATE SHUSHAN** |
| | * | |
| | * | **JURY DEMAND** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Unopposed Motion for Amendment of the Court's Scheduling Order

The parties respectfully request that the Court amend its scheduling order in the above numbered cause to extend Plaintiff's and Defendant's deadline to file a written designation of expert witnesses and provide reports by thirty (30) days from its respective current deadlines. To date, the parties are conducting written discovery. No depositions have been taken. However, depositions are in the process of being scheduled, and the parties are making scheduling arrangements for Plaintiff's deposition in January. Plaintiff anticipates the scheduling of Defendants witnesses and corporate representative to take place soon after. These depositions are needed in order to determine the necessary experts.

On balance, Plaintiff asks that the Court amend the scheduling order to render Plaintiff to file written designations of expert witnesses and provide expert reports by January 14, 2015, and Defendant to file written designations of expert witnesses and provide expert reports by February 11, 2015.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

By: */s/ J. Kyle Findley*
_____
J. Kyle Findley
LSBA Roll No. 34922
6009 Memorial Drive
Houston, Texas  77007
PH:   (713) 222-3800
FAX:  (713) 222-3850
Email: kfindley@arnolditkin.com

**DELISE & HALL**

*/s/ Alton J. Hall, Jr.*
_____
ALTON J. HALL, JR. (#20846)
516 W. 21st Avenue
Covington, LA 70433
Telephone: (985) 249-5915
Telecopier: (985) 809-5787

**-**AND-

BOBBY J. DELISE (#4847)
7924 Maple Street
New Orleans, LA 70118
Telephone: (504)836-8000
Telecopier: (504)836-8020

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Defendant and they are unopposed.

*/s/ J. Kyle Findley*
_____
J. Kyle Findley

- 3 -

## **CERTIFICATE OF SERVICE**

    I certify that on December 15, 2014, a copy of the foregoing was forwarded to the following counsel:

    Kevin J. LaVie
    Phelps Dunbar LLP
    Canal Place
    365 Canal Street, Suite 200
    New Orleans, Louisiana  70130
        ***Counsel for Defendant Offshore Specialty Fabricators, Inc.***

                */s/ J. Kyle Findley*
                _____
                J. Kyle Findley