UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONALD HAVARD                                           CIVIL ACTION

v.                                                      NO. 14-824

OFFSHORE SPECIALTY FABRICATORS, LLC                     SECTION "F"


ORDER AND REASONS

Before the Court is Steamship Mutual Underwriting Association Limited's request for oral argument on its motion for order compelling arbitration and stay of litigation. The request is DENIED for the following reasons.

It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1. There is a need for an evidentiary hearing.

2. The motion or opposition papers involve a novel or complex issue of law that is unsettled.

3. The motion or opposition papers argue for a change in existing law.

4. The motion or opposition papers implicate a constitutional issue.

5. The case itself is of widespread community interest.

Because the Steamship's motion for order compelling arbitration and stay of litigation implicates none of these factors,[1] IT IS ORDERED: that the request for oral argument is DENIED.

New Orleans, Louisiana, October 16, 2019

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

---

[1] Indeed, the plaintiff has filed a "limited opposition" to Steamship's motion in which he opposes neither the request for a stay nor does he oppose arbitration. Havard opposes Steamship's motion only insofar as it seeks to arbitrate the case *in England*. The Court will order briefing on this limited issue.